1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE TALLEY<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-3, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00143-ART-CLB<br><br>**ORDER GRANTING**<br><br>Stipulation to Dismiss<br>This Case with Prejudice |

　　　The Parties, Plaintiff, MAURICE TALLEY, *pro per*, and Defendants, CURTIS RIGNEY, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter should be dismissed with prejudice by Order

////
///
////
///
////
///
///

Page 1

of this Court, with each party to bear their own attorney's fees and costs.

DATED this 5 of March, 2024.

By: /signature/
MAURICE TALLEY
Plaintiff # 1115624

DATED this 24th of ~~March~~ April, 2024.

AARON D. FORD
Attorney General

By: /s/ Janet Merrill
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED**.

/signature/
Anne R. Traum
United States District Court Judge

DATED: April 26, 2024